# district court of appeals of the United States

### RE: UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

Petitioner;

    Paula Joanne Di Cosola, Sui Juris

In Re: Di Cosola, Paula
      Debtor-Defined as Creditor
                Appellant
    Vs

United States Bankruptcy Court, Northern
District of Illinois Eastern Division;
CITIMORTGAGE, INC.; CODILIS AND
ASSOCIATES, P.C.; BURTON J MALEY;
ERNEST CODILIS; JUDGE EUGENE R
WEDOFF

            Appellee(s)

**In Banc**
**At Common Law**

Plan filed on 12/20/2010
CASE NO.: 10-B 55962
            CHAPTER: 11

Oral Argument Requested

Per 28 U.S.C.§158(c); F.R.A.P. R.6;
F.R.Bank.P. R8002(b)(3),(4);
Rule 2002; F.R.C.P. R60(b)(3),(4),(5),(6)
and R60(d)(1); and F.R.C.P.R.12(f);
11 U.S.C.§362(a)

(AS A MATTER OF right) PD
IL. Supreme court rule

district court of appeals Case No.:

---

## NOTICE OF APPEAL AND STATEMENT OF ELECTION
*(handwritten: "INTERLOCUTORY" PD)*

    NOW COMES Paula Joanne Di Cosola, the Petitioner, hereby gives notice of appeal of the above named case and appeals to the original judicial district court of the United States, from the UNITED STATES BANKRUPTCY DISTRICT COURT, based on the interlocutory orders and final judgment described herein below that was entered on March 9, 2011 by the UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, and hereby enters her **NOTICE OF APPEAL AND** *(handwritten: "INTERLOCUTORY") PD* **STATEMENT OF ELECTION** to be heard in the "district court of appeals of the United States," on TBA DATE, 2011, AT _____ am/pm, pursuant to **28 U.S.C. 158(c)**, where I shall request to be heard from the court of original judicial jurisdiction and to execute my right to proceed with a trial by jury of 12 of my peers, pursuant to the Constitution for the United States of America: Amendment V, VII, and in support thereof state(s) the following:

That pursuant to:

    **28 U.S.C.§158(c)**, F.R.A.P. R.6; F.R.Bank.P. R8002(a); F.R.Bank.P.R.8002 (b)(1); ; F.R.Bank.P.R.8002(b)(2); F.R.Bank.P.R8002(b)(3) and (4); F.R.Bank.P.R.2002; Rule 2002; F.R.C.P. R60(b)(3),(4),(5),(6) and R60(d)(1); F.R.C.P. 12(f); 11 U.S.C.§362(a); Constitution for the United States of America: Amendment V, VII, the following interlocutory order that is hereinafter listed are hereby appealed:

1) Order denying Debtors Motion for Avoidance

WHEREFORE, the Petitioner, sui juris, prays under my savior Jesus Christ, that this **STATEMENT OF ELECTION** be granted and hereby move the court for an In Banc, At Common law, Trial by Jury of My Peers of 12. This is official notice of such NOTICE OF APPEAL AND STATEMENT OF ELECTION, attached to the NOTICE OF APPEAL.

        Respectfully Submitted;

        *Paula Joanne DiCosola*   Date: 3/23/11
        Paula Joanne Di Cosola, Petitioner

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

# district court of appeals of the United States

### RE: UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

*FILED*
*UNITED STATES BANKRUPTCY COURT*
*NORTHERN DISTRICT OF ILLINOIS*
*MAR 23 2011*
*KENNETH S. GARDNER, CLERK*
*TEAM -*

Petitioner;

    Paula Joanne Di Cosola, Sui Juris

    In Re: Di Cosola, Paula
        Debtor-Defined as Creditor
                Appellant

        Vs

    United States Bankruptcy Court, Northern
    District of Illinois Eastern Division;
    CITIMORTGAGE, INC.; CODILIS AND
    ASSOCIATES, P.C.; BURTON J MALEY;
    ERNEST CODILIS; JUDGE EUGENE R
    WEDOFF

                Appellee(s)

---

**In Banc**
**At Common Law**

Plan filed on 12/20/2010
CASE NO.: 10-B 55962

                CHAPTER: 11

Oral Argument Requested

Per 28 U.S.C.§158(c); F.R.A.P. R.6;
F.R.Bank.P. R8002(b)(3),(4);
Rule 2002; F.R.C.P. R60(b)(3),(4),(5),(6)
and R60(d)(1); and F.R.C.P.R.12(f);
11 U.S.C.§362(a)

district court of appeals Case No.:

_____

---

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

*("Interlocutory") PD*

Please take notice that on 03/23/2011 this **NOTICE OF APPEAL AND STATEMENT OF ELECTION**
was filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern
Division and CITIMORTGAGE, INC, by and through CODILIS AND ASSOCIATES, P.C.

STATE OF ILLINOIS      )
                     ) SS
COUNTY OF DUPAGE   )

I, the undersigned being first duly sworn on oath, depose and state that I served a copy of this **NOTICE OF
APPEAL AND STATEMENT OF ELECTION** upon the Clerk of the United States Bankruptcy Court for the
Northern District of Illinois, Eastern Division and the original judicial district court of the United States, by way of
physical delivery. I further swear that I served a physical copy to the address provided on file with the Clerk and
that a true and correct copy of the above and foregoing has been furnished by myself, Paula Joanne Di Cosola,
personally delivered to:

<u>U.S. BANKRUPTCY COURT</u>
<u>219 SOUTH DEARBORN</u>
<u>CHICAGO, IL</u>

<u>See attachment A-List of Creditors given notice</u>

Paula Joanne Di Cosola - Petitioner

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Attachment A-Creditors Serviced Lis

(parties of interest who are served by mail or physically served are underlined)

**American Express**
POB 981537
El Paso, TX 79998

(16569821)
(cr)

**Bank of America**
POB 1598
Norfolk, VA 23501

(16569855)
(cr)

**Chase**
POB 901039
Fort Worth, TX 76101

(16569856)
(cr)

**Chase Bank USA, N.A.**
PO Box 15145
Wilmington, DE 19850-5145

(16703955)
(cr)

**Citibank, NA**
399 Park Ave
New York, NY 10045

(16569857)
(cr)

**Citimortgage Inc**
1000 Technology Drive
O Fallon, MO 63368-2240

(16569858)
(cr)

**DuPage County Property Tax Assessor**
For: 266 Thrasher St
Bloomingdale, IL Republic
non domestic, without US

(16569823)
(cr)

**Exx Mobl Citibank**
POB 6497
Sioux Falls, SD 57117

(16569919)
(cr)

**Gemb/Walmart DC**
POB 981400
El Paso, TX 79998

(16569920)
(cr)

**Hinsdale Bank and Trust**
25 E First St
Hinsdale, IL 60521

(16569917)
(cr)

**HSBC Bank Nevada, N.A. (Best Buy Co., Inc.)**
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712

(16756176)
(cr)

**HSBC/Best Buy**
POB 15521
Wilmington, DE 19805

(16569918)
(cr)

**McHenry County Property Tax Assessor**
For: 5012 Home Street
McHenry, IL Republic
non domestic, without US

(16569987)
(cr)

**Michele & Paula Joanne Di Cosola**
C/O 266 Thrasher St
Bloomingdale, IL 60108

(16569819)
(cr)

**THD/CDSD-Citibank South Dakota**
POB 6500
Sioux Falls, SD 57117

(16569820)
(cr)

**Universal Citibank**
POB 6241
Sioux Falls, SD 57117

(16569822)
(cr)

## Attorneys

**Berton J Maley**
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527
630 794-5300 Ext. 1135
nd-four@il.cslegal.com
*Assigned: 01/20/2011*

representing

**CITIMORTGAGE, INC.**
c/o Codilis and Associates
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527
*(Creditor)*

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov
*Added: 12/21/2010*
*(U.S. Trustee)* **Email:** USTPRegion11.ES.ECF@usdoj.gov

**U.S. Bankruptcy Court Northern District Eastern Division**
219 South Dearborn Street
7th Floor
Chicago, Illinois, 60604

# district court of appeals of the United States

## RE: UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| Petitioner; <br><br> Paula Joanne Di Cosola, Sui Juris <br><br> In Re: Di Cosola, Paula <br>     Debtor-Defined as Creditor <br>                  Appellant <br><br>     Vs <br><br> United States Bankruptcy Court, Northern <br> District of Illinois Eastern Division; <br> CITIMORTGAGE, INC.; CODILIS AND <br> ASSOCIATES, P.C.; BURTON J MALEY; <br> ERNEST CODILIS; JUDGE EUGENE R <br> WEDOFF <br><br>                Appellee(s) | **In Banc** <br> **At Common Law** <br><br> Plan filed on 12/20/2010 <br> CASE NO.: 10-B 55962 <br>             CHAPTER: 11 <br><br> Oral Argument Requested <br><br> Per 28 U.S.C.§158(c); F.R.A.P. R.6; <br> F.R.Bank.P. R8002(b)(3),(4); <br> Rule 2002; F.R.C.P. R60(b)(3),(4),(5),(6) <br> and R60(d)(1); and F.R.C.P.R.12(f); <br> 11 U.S.C.§362(a) <br> *(AS A MATTER OF RIGHT) PO* <br> *IL SUPREME COURT RULE* <br> district court of appeals Case No.: <br><br> _____ <br> _____ |

*↑ INTERLOCUTORY PO*

## A DESIGNATION OF THE CONTENT OF THE RECORD ON APPEAL

1. U.S. Bankruptcy Court Case No. 10-B 55962, Voluntary Petition with Schedules From 12/20/2011 and 03/11/2011 (amended schedules). Emphasizing on Schedule C and F
2. A Court Transcripts from hearing of Motion of Avoidance. 03/09/2011
3. All Volumes and Exhibits entered within the Docket related to 03/09/2011
4. Interlocutory Order denying Motion of Avoidance entered within the Docket 03/09/2011
5. All Affidavits and Testimonies Entered within the Docket on 03/09/2011
6. All Transcripts, Pleas, Motions, Replies, Amendments, Petitions, Voluntary Petitions and Schedules, Final Orders, Interlocutory Orders, Abatements, Judgments, Exhibits, Affidavits, Testimonies, Cease and Desists & Complaints and Counterclaims, from prior State case in the 18th Judicial Circuit Court, Case No. 2009CH003866
7. All the above requested designations are from any and all the parties and trustees involved or who have entered any document into the case.

Please designate the above requested Content of the Record on Appeal to the original district court of the United States.

Respectfully Submitted;

*Paula Joanne Di Cosola*    Date: 3/23/11
Paula Joanne Di cosola, Petitioner

## A DESIGNATION OF THE CONTENT OF THE RECORD ON APPEAL



# district court of appeals of the United States

### RE: UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

Petitioner;

    Paula Joanne Di Cosola, Sui Juris

    In Re: Di Cosola, Paula
         Debtor-Defined as Creditor
                 Appellant
    Vs

    United States Bankruptcy Court , Northern
    District of Illinois Eastern Division;
    CITIMORTGAGE, INC.; CODILIS AND
    ASSOCIATES, P.C.; BURTON J MALEY;
    ERNEST CODILIS; JUDGE EUGENE R
    WEDOFF

                    Appellee(s)

|  |
|---|
| **In Banc**<br>**At Common Law** |
| Plan filed on 12/20/2010 |
| CASE NO.: 10-B 55962 |
| CHAPTER: 11 |
| Oral Argument Requested |
| Per 28 U.S.C.§158(c); F.R.A.P. R.6;<br>F.R.Bank.P. R8002(b)(3),(4);<br>Rule 2002; F.R.C.P. R60(b)(3),(4),(5),(6)<br>and R60(d)(1); and F.R.C.P.R.12(f);<br>11 U.S.C.§362(a) |
| district court of appeals Case No.: |

---

### <u>AFFIDAVIT IN SUPPORT OF PETITIONERS DESIGNATION OF THE CONTENT OF THE RECORD ON APPEAL</u>

The Petitioner, in support of the **<u>DESIGNATION OF THE CONTENT OF THE RECORD ON APPEAL</u>**, state as follows:

    1.    All that is stated in the **<u>DESIGNATION OF THE CONTENT OF THE RECORD ON APPEAL</u>** is true to the best of my knowledge.

I affirm under the penalty of perjury that the foregoing is true and correct to the best of my information and belief.

                         _Paula Joanne DiCosola_
                         Signature of Debtor as defined-Paula Di Cosola

                         Date: _2/22/11_

---

### <u>A DESIGNATION OF THE CONTENT OF THE RECORD ON APPEAL</u>

### Attachment A-Creditors Serviced Lis

(parties of interest who are served by mail or physically served are underlined)

**American Express**
POB 981537
El Paso, TX 79998

(16569821)
(cr)

**Bank of America**
POB 1598
Norfolk, VA 23501

(16569855)
(cr)

**Chase**
POB 901039
Fort Worth, TX 76101

(16569856)
(cr)

**Chase Bank USA, N.A.**
PO Box 15145
Wilmington, DE 19850-5145

(16703955)
(cr)

**Citibank, NA**
399 Park Ave
New York, NY 10045

(16569857)
(cr)

**Citimortgage Inc**
1000 Technology Drive
O Fallon, MO 63368-2240

(16569858)
(cr)

**DuPage County Property Tax Assessor**
For: 266 Thrasher St
Bloomingdale, IL Republic
non domestic, without US

(16569823)
(cr)

**Exx Mobl Citibank**
POB 6497
Sioux Falls, SD 57117

(16569919)
(cr)

**Gemb/Walmart DC**
POB 981400
El Paso, TX 79998

(16569920)
(cr)

**Hinsdale Bank and Trust**
25 E First St
Hinsdale, IL 60521

(16569917)
(cr)

**HSBC Bank Nevada, N.A. (Best Buy Co., Inc.)**
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712

(16756176)
(cr)

**HSBC/Best Buy**
POB 15521
Wilmington, DE 19805

(16569918)
(cr)

**McHenry County Property Tax Assessor**
For: 5012 Home Street
McHenry, IL Republic
non domestic, without US

(16569987)
(cr)

**Michele & Paula Joanne Di Cosola**
C/O 266 Thrasher St
Bloomingdale, IL 60108

(16569819)
(cr)

**THD/CDSD-Citibank South Dakota**
POB 6500
Sioux Falls, SD 57117

(16569820)
(cr)

**Universal Citibank**
POB 6241
Sioux Falls, SD 57117

(16569822)
(cr)

### Attorneys

Berton J Maley
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527
630 794-5300 Ext. 1135
nd-four@il.cslegal.com
*Assigned: 01/20/2011*

representing

CITIMORTGAGE, INC.
c/o Codilis and Associates
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527
*(Creditor)*

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov
*Added: 12/21/2010*
*(U.S. Trustee)* **Email:** USTPRegion11.ES.ECF@usdoj.gov

U.S. Bankruptcy Court Northern District Eastern Division
219 South Dearborn Street
7th Floor
Chicago, Illinois, 60604